UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BLIMA KRAUS, On Behalf of Herself
and All Other Similarly Situated Consumers,

                                      Plaintiff,                   JUDGMENT
                                                              17-CV-3402 (ILG)

     - against –

PROFESSIONAL BUREAU OF COLLECTIONS
OF MARYLAND, INC.,
                            Defendant.
------------------------------------------------------------ X

        An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on November 27, 2017, granting defendant Professional Bureau of Collections of Maryland, Inc.'s motion to dismiss; it is

        ORDERED and ADJUDGED that defendant Professional Bureau of Collections of Maryland, Inc.'s motion to dismiss is granted.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
November 27, 2017                                             Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk